TO:

Mr. Michael W. Dobbins, Esq.
Clerk of Court
U.S. District Court for Northern District of Illinois
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60610

October 12, 2003

Dear Mr. Dobbins,

Good day. I am writing to you today with a request per the Digital Millennium Copyright Act [Title 17, 512 USC]. The act is commonly called the DMCA.

Per the law, as a copyright holder, I have the right to ask the Honorable Clerk to issue a subpoena against an alleged copyright infringer to determine his identity. This is for the purpose of getting the infringer to stop his illegalities.

A civil action does not have to be instituted in order to issue the subpoena, per the law. I recall working with your office about two years ago on a similar request.

Per the law, I am enclosing the following:

1. Completed Subpoena
2. Sworn Notification Letter to Infringer

I am also enclosing a civil cover sheet and an appearance form as well as $20 for the subpoena fee – which is the fee which was charged last time by your office for a DMCA case.

If all is in order, I will come to the office there this week and pick up the subpoena so that I may serve it upon the alleged infringer.

Please advise me if there is any other paperwork that I must fill out in this matter and I will gladly comply.

Very Respectfully,

Mr. Gene Koprowski
President
The Michelangelo Group
1415 North Dearborn Parkway
Chicago, Illinois 60610
Telephone: 312-951-9663

FILED
OCT 14 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

03C 7329

MAGISTRATE JUDGE ASHMAN

## CEASE AND DESIST NOTIFICATION, PER TITLE 17, S 512 USC,
### Digital Millennium Copyright Act

TO:

Blogger, DMCA Compliance
Google, Inc.
2400 Bayshore Parkway
Mountain View, California 94043

BY FAX: 650-618-1499

October 11, 2003



JUDGE AMY ST. EVE

MAGISTRATE JUDGE ASHMAN

Dear Compliance Department,

This is a Cease and Desist Notification per the Digital Millennium Copyright Act (Title 17, S 512 USC).

Please be advised that the website, blogspot.com, which, according to the Whois database at NetworkSolutions.com, is registered to your organization, is publishing an article that is copyrighted by another author, Mr. Koprowski, and is also infringing on the trademark of Mr. Koprowski.

You must immediately remove the offending material, located at

1. http://rubewatch.blogspot.com/2003_03_09_rubewatch_archive.html
2. http://rubewatch.blogspot.com/2003_03_09_rubewatch_archive.html#90525787

and all reference to Mr. Koprowski, immediately, or we will be forced to litigate in the U.S. District Court here to have it removed. We will also seek damages for copyright infringement against you and the infringer.

**The material was posted on or around March 11, 2003 at 3:37 p.m. by a user nicknamed "Slitzy."**

This material has been published online without authorization from the author/copyright holder at your site, and, in good faith, we are writing to you today to resolve this matter without expensive litigation.

This notification is accurate and is made as per the law subsection (c)(3)(A) of the law.

**Page 2 of 2/Cease and Desist Notification**

Please contact me immediately upon receipt of this notification and remove the offending material, including any reference to Mr. Koprowski's name, which is a trade name and is servicemarked.

Please also be advised that we are planning to serve you shortly with a subpoena from the U.S. District Court to compel you to identify the individual who posted the content without authorization and violated the copyright.

I attest, under penalty of perjury, that the information in the Notification is accurate and that I am the copyright owner.

Very Respectfully,
*Gene Koprowski*
Mr. Gene Koprowski
1415 North Dearborn Parkway
Chicago, Illinois 60610
312-951-9663

###