#5

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet



DOCKETED OCT 17 2003

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** Mr. Gene Koprowski

County of Residence: Cook County

Plaintiff's Atty:

Mr. Gene Koprowski
The Michelangelo Group
1415 North Dearborn Parkway
312-951-9663

**Defendant(s):** Google, Inc.

County of Residence: San Francisco

Defendant's Atty:

Blogger, DCMA
Compliance Department
Google, Inc.
2400 Bayshore Parkway,
Mountain View, Calif.
94043
650-618-1499

03C 7329

JUDGE AMY ST. EVE

II. Basis of Jurisdiction: 3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties (Diversity Cases Only)

　　Plaintiff:- 1 Citizen of This State

　　Defendant:- 5 Non IL corp and Principal place of Business outside IL

IV. Origin : 1. Original Proceeding

V. Nature of Suit: 820 Copyrights

VI. Cause of Action: We respectfully allege violations of the Digital Millennium Copyright Act (Title 17, 512 USC).

VII. Requested in Complaint
　　Class Action: No
　　Dollar Demand: **Unliquidated Damages**
　　Jury Demand: No

VIII. This case **IS NOT** a refiling of a previously dismissed case.

FILED
OCT 1 4 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE ASHMAN

Signature: _[signature]_

Date: 10-13-2003

If any of this information is incorrect, please go back to the Civil Cover Sheet input form using the *Back* button on your browser and change

http://www.ilnd.uscourts.gov/PUBLIC/Forms/auto_js44.cfm　　　　　　　　　　　　　　10/11/03

Dockets.Justia.com