# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In the Matter of

Mr. Gene Koprowski, Plaintiff
v.
Google, Inc.,    Defendant

Case Number: 03C 7329

DOCKETED OCT 17 2003

JUDGE AMY ST. EVE

MAGISTRATE JUDGE ASHMAN

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Mr. Gene Koprowski, Pro Se/Law Student

**(A)**
SIGNATURE: [signed]
NAME: Mr. Gene Koprowski
FIRM: The Michelangelo Group
STREET ADDRESS: 1415 North Dearborn Parkway
CITY/STATE/ZIP: Chicago, Ill. 60610
TELEPHONE NUMBER: 312-951-9663
E-MAIL ADDRESS: journalist3@aol.com
MEMBER OF TRIAL BAR? NO
TRIAL ATTORNEY? NO

**(B)**
FILED OCT 14 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(C) and (D): blank