# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In the Matter of

Gene Koprowski

v

Google, Inc.

DOCKETED DEC 2 4 2003

FILED 2003 DEC 23 PM 12:57
U.S. DISTRICT COURT

Case Number: 03 C 7329

SPECIAL APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR: Google, Inc. These special appearances are for the purpose of opposing the Motion for an Order to Show Cause only. These are not general appearances and should not be construed as submitting to the jurisdiction of this Court.

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: Joseph J. Berghamner | NAME: Erik Maurer |
| FIRM: Banner & Witcoff, Ltd. | FIRM: Banner & Witcoff, Ltd. |
| STREET ADDRESS: 10 S. Wacker Drive, Suite 3000 | STREET ADDRESS: 10 S. WAcker Drive, Suite 3000 |
| CITY/STATE/ZIP: U.S.A. | CITY/STATE/ZIP: U.S.A. |
| TELEPHONE NUMBER: 312-463-5000 | FAX NUMBER: 312-463-5001 | TELEPHONE NUMBER: 312-463-5000 | FAX NUMBER: 312-463-5001 |
| E-MAIL ADDRESS: jberghamner@bannerwitcoff.com | E-MAIL ADDRESS: emaurer@bannerwitcoff.com |
| IDENTIFICATION NUMBER: 6255614 | IDENTIFICATION NUMBER: 6275467 |
| MEMBER OF TRIAL BAR? YES ☒ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☒ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE: Phoebe K. Phillips | SIGNATURE |
| NAME: Phoebe K. Phillips | NAME |
| FIRM: Banner & Witcoff, Ltd. | FIRM |
| STREET ADDRESS: 10 S. Wacker Drive, Suite 3000 | STREET ADDRESS |
| CITY/STATE/ZIP: U.S.A. | CITY/STATE/ZIP |
| TELEPHONE NUMBER: 312-463-5000 | FAX NUMBER: 312-463-5001 | TELEPHONE NUMBER | FAX NUMBER |
| E-MAIL ADDRESS: pphillips@bannerwitcoff.com | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER: 6278237 | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES ☐ NO ☒ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |